ACCEPTED
03-14-00194-CV
4219579
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:36:37 PM
JEFFREY D. KYLE
CLERK

**Cause No. 03-14-00194-CV**

| | | |
|---|---|---|
| | § | |
| **TEXAS DEPARTMENT** | § | **IN THE** |
| **OF PUBLIC SAFETY,** | § | **COURT OF APPEALS** |
| **Appellant** | § | |
| | § | **FOR THE** |
| **V.** | § | **THIRD JUDICIAL DISTRICT** |
| | § | **OF TEXAS** |
| **CODY LITTLEPAGE,** | § | |
| **Appellee** | § | **AUSTIN, TEXAS** |
| | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:36:37 PM
JEFFREY D. KYLE
Clerk

## UNOPPOSED MOTION TO EXTEND TIME TO FILE THE APPELLANT'S REPLY BRIEF

### I. INTRODUCTION

Appellant, the Texas Department of Public Safety, moves to extend the time to file the appellant's brief in the interest of justice.

### II. ARGUMENT AND AUTHORITY

The appellate court may extend the time for filing the brief. *See* Tex. R. App. P. 10.5(b).

1. The appellant's brief was due to be filed on February 12, 2015.

2. Appellant requests an additional seven days to file the brief, that is, an extension of time to and including February 19, 2015.

3. Appellant's counsel was out of the out of the office due to illness on February 9th and 10th. Despite diligent efforts, appellant's counsel was not able to complete the brief before the due date. Appellant's counsel has earnestly attempted to abide by the rules of appellate procedure, and

the failure to meet the deadline for filing the brief is not intentional or the result of conscious indifference. This motion is not made for the purposes of delay, but to see that justice may be done.

4. This is Appellant's first request for an extension of time to file the reply brief.

## III.    CONCLUSION

For these reasons, Appellant asks this Court to grant an extension of time to file the appellant's reply brief in this cause to February 19, 2015.

## IV.    PRAYER

Appellant prays that the Court grants the motion and extends the time to file the appellant's brief.

<div style="margin-left: 40%;">

Respectfully Submitted,

/s/  Kevin M. Givens
KEVIN M. GIVENS
Supervising Attorney,
ALR Appellate Section
SBN 00796633
P.O. Box 15327
Austin, Texas 78761-5327
Tel: (512) 424-5193
Fax: (512) 424-5221
Kevin.Givens@dps.texas.gov

ATTORNEY FOR APPELLANT
TEXAS DEP'T OF PUB. SAFETY

</div>

## CERTIFICATE OF COMPLIANCE

I hereby certify that the preceding document contains 241 words.

Respectfully Submitted,

*/s/ Kevin M. Givens*
KEVIN M. GIVENS


## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), I hereby certify that I have conferred with Amber D. Farrelly, attorney for appellee, Cody Littlepage, on February 12, 2015, regarding this motion, and Ms. Farrelly **does not oppose** this motion.

Respectfully Submitted,

*/s/ Kevin M. Givens*
KEVIN M. GIVENS


## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above and foregoing Unopposed Motion to Extend Time to File the Appellant's Reply Brief to Amber D. Farrelly, attorney for Appellee, Cody Littlepage, at adfelaw@gmail.com, per Tex. R. App. P. 9.5(b)(1), on February 19, 2015.

Respectfully Submitted,

*/s/ Kevin M. Givens*
KEVIN M. GIVENS